INTHE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VERBANIK<br>Pro-Se Plaintiff<br><br>Vs.<br><br>Super. Michel Harlow, Et.Al.<br>Defendants | CIVIL #<br>09-448<br><br>Mag. Judge Lenihan |

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

And now comes Plaintiff, Robert Verbanik, respectfully submits this response in opposition to Defendant's motion for summary judgment.

1) Plaintiff, Robert R. Verbanik, Is a Pro-Se petitioner and prisoner in the custody of the D.O.C. and is incarcerated at the S.C.I. at ROCKVIEW.

2) Plaintiff brought suit under 42 U.S.C. §1983 and state tort violations while in the custody at S.C.I. MERCER and was a victim of retaliatory transfer to S.C.I. ROCKVIEW for accessing his Court.

3) Plaintiff filed Doc. # 93, which was agreed to as a plaintiff's motion for summary judgment via tele-conference with Judge Lenihan and Dep. A.G. and the Defendants were ordered to respond.

4) Defendants have filed their response by a summary judgment and assorted other documents D.O.C. #'s 95-97.

5) Plaintiff is responding herein with his opposition motion, Concise statement answers, and a brief in support of his opposition.

6) Wherin, Plaintiff claims the defendant's motion are without merit and frivolous.

7) Plaintiff's summary judgment, 2nd Amended complaint and other related documents are incorporated herein in there entirety as if fully restated herein by this reference. for the reasons contained herein and theirin, Plaintiff prays the Court to dismiss Defendant's motion for summary judgment, to rule in Plaintiff's favor and to move forward with this case.

Wherefore, Plaintiff respectfully requests for judgment in his favor against herein named Defendants as to all their claims for summary judgment.

The foregoing motion I atest to the truthfullness and correctness under penaty of Purjury at 28 U.S.C. 1746 this 24th day of Feb., 2012.

Submitted by;

Robert R. Varbanik

*Robert R. Varbanik*

Dated 2-24-2012

GV-6719 S.C.I. ROCKVIEW
Bellefonte, Pa. 16823

Verification

The facts set forth in the forgoing are true and correct. Any part herein which claims on information and belief, Plaintiff also believes to be true.

The herein motion is written pursuant to 28 U.S.C. 1746 for perjury. "I declare under penalty of perjury that the foregoing is true and correct."

Executed this 7th Day of February, 2012    Robert R. Verbanik

Robert Verbanik

GV-6719 S.C.I. ROCKVIEW
Bow "A" Bellefonte,
Pa. 16823-0820

PROOF OF SERVICE

I atest to the following; I sent by 1st class U.S. Mail on the 7th Day of March, 2012 the foregoing motion to the following;

To: Clerk of Courts-Western District
P.O. Box 1805
Pitts, Pa. 15230-1805

To: Dep. Att. Gen. Scholle
564 Forbes Ave
Pitts, Pa. 15219

From;

Robert Verbanik
Dated 2-7th, March, 2012    Robert R. Verbanik

GV-6719 Box "A"
Bellefonte, Pa. 16823