## IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PA.

| | | |
|---|---|---|
| ROBERT R. VERBANIK | : | CIVIL ACTION No. |
| Plaintiff | : | 09-448 |
| | : | |
| V. | : | Mag. Judge Lenihan |
| | : | |
| SUPERINTENDENT | : | JURY DEMAND |
| MICHEL HARLOW, et.al. | : | |
| Defendants | : | |
| | : | |

## APPENDIX TO PLAINTIFF'S MOTION IN OPPOSITION
## TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

EXHIBIT 1)   Inmate Milner's Affidavit and Plaintiff's

EXHIBIT 2)   Misconduct No. A552586 and related responses and answers of Appeals

EXHIBIT 3)   9-5-08 and 9-10-08, Inmate requests to Sup.Harlow.

EXHIBIT 4)   Plaintiff's Affidavit, The Cell situation of 6-2-08, My First Misconduct.

EXHIBIT 5)   See Plaintiff's Affidavit atesting to the events of, 8-26-08, for sleeping in at Count.

EXHIBIT 6)   Grievance No.241242-08 written on 8-28-08 against C/O Schuller, for lying, threats, and harassment.

EXHIBIT 7)   Grievance No. 247791, against Sup. Harlow, answered with Exhibit 7(1) that the Grievance does not apply to ADM 804, But ADM 801, Exactly my Arguement for exhaustion of Administrative remedies. What do you think A.G. Schelle?

EXHIBIT 8)   Affidavits of Inmates, Miguel Garcia and Inmate Evans, atesting to the retaliatory comments of C/O Andrews after leaving Plaintiff in Shower for 2 Hours in R.H.U.

EXHIBIT 9)   See Plaintiff's Affidavits atesting to what Joe Williams and Larry McNeal said about Beating the Hell out of Plaintiff.

EXHIBIT 10)   Affidavit of Greg Hatfield and Time Line of harassment by Plaintiff against, Gordon, Yourema, and Yohe.

EXHIBIT 11)   A letter to Secretary Beard's Office, Along with a Time Line of further harassing retaliatory behavior and Plaintiff's Affidavit that He spoke to Capt. Zetwo a about Gordon, Yourema, and Yohe.

EXHIBIT 12)   Misconduct No. 3025225 in retaliation for My Complaints to Capt. Zetwo and other Supervisors.

EXHIBIT 13)   Affidavits by Dan Bragg and Jeffery Sprague, Witnesses of the Misconduct No. B025225 of 2-24-09 written by Sgt. Yohe.

EXHIBIT 14)   Further evidence that I exhausted My Administrative remedies properly though DC ADM 801.